IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Benevolent and Protective Order of Elks of the United States of America, a District of Columbia corporation, | ) ) ) ) | FILED<br>APRIL 7, 2008            YM<br>08CV1968 |
| Plaintiff, | ) ) | Case No. JUDGE COAR |
| v. | ) ) | MAGISTRATE JUDGE DENLOW |
| Benevolent and Protective Order of Elks of the United States of America, a Hawaiian corporation, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Rule L. 3.2 of the Northern District of Illinois, Plaintiff, Benevolent and Protective Order of Elks of the United States of America makes the following disclosures:

1.   Plaintiff Benevolent and Protective Order of Elks of the United States of America is a nongovernmental corporate party.

2   Plaintiff Benevolent and Protective Order of Elks of the United States of America has no parent and no publicly held company owns 10% or more of its stock.

Date: April 7, 2008

 /s/ James R. Ferguson

James R. Ferguson
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Attorney for Plaintiff
Benevolent and Protective Order of
Elks of the United States of America

1437504