**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, District of Colombia corporation, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:  08 C 1968 Judge David Coar |
| BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, Hawaiian Corporation, | ) ) ) ) ) | Magistrate Judge Morton Denlow JURY TRIAL DEMANDED |
| Defendant. | ) | |

**AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT,**
**TRADEMARK DILUTION AND UNFAIR COMPETITION**

Plaintiff Benevolent and Protective Order of Elks of the United States of America

("Elks"), by and through its attorneys, and for its complaint against Defendant Benevolent and

Protective Order of Elks of the United States of America, allege as follows:

**Nature of the Action**

1.      Plaintiff Elks has used the name and trademark BENEVOLENT AND PROTECTIVE

ORDER OF ELKS OF THE UNITED STATES OF AMERICA for 140 years.  Defendant's

corporate officers are, and at all times relevant to this complaint were, aware of Plaintiff's rights

in its name and trademark due to their previous affiliation with Plaintiff.  In spite of this specific

knowledge of Plaintiff's rights, Defendant has intentionally and willfully registered Plaintiff's

trademark as a business name and has made continuous use of this name as a trademark for

identical services to that of Plaintiff.  Incredibly, Defendant has itself demanded that Plaintiff

Elks cease use of its long-standing name and trademark. As a result, Plaintiff files this action for trademark infringement, trademark dilution and unfair competition pursuant to the Lanham Act, 15 U.S.C. § 1051 et seq. in which Plaintiff seeks injunctive relief and damages for Defendant's deliberate and willful acts of trademark infringement, trademark dilution and unfair competition.

## Parties

2.      Plaintiff Elks is a not-for-profit corporation in existence since 1868 and currently is organized under the laws of the District of Columbia with its principal place of business in Chicago, Illinois.

3.      Defendant incorporated itself as Benevolent and Protective Order of Elks of the United States of America on December 27, 2007, under the laws of the State of Hawaii and maintains its principal place of business in Honolulu, Hawaii (the "Company").

4.      On February 15, 2008, Defendant filed a formal application for Registration, Renewal or Cancellation of Foreign Corporation Name with the Illinois Secretary of State thereby availing itself of the rights and benefits of the laws of the State of Illinois.

5.      On April 6, 2008, Bryant Carvalho, Secretary for Defendant, sent a letter to Plaintiff stating that Defendant "…is a corporation in good standing incorporated in the State of Illinois…." The letter is attached hereto as Exhibit 1 and incorporated herein by reference.

6.      Defendant operates a website at www.bpoeusa.blogspot.com that prominently states that Defendant is a "Registered Not For Profit Corporations [sic] in Hawaii and Illinois."

## Jurisdiction and Venue

7.      This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. § 1331 because the matter arises under federal statute, namely, the Lanham Act. This

court also has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 due to diversity of

citizenship and an amount in controversy in excess of $75,000.

8.      Venue is proper in this Judicial District under 28 U.S.C. § 1391 because Defendant

resides in this District and the infringing activities took place in this District.

**Background**

9.      Plaintiff Elks is an organization of voluntary members whose principal purpose is "[t]o

inculcate the principles of charity, justice, brotherly love and fidelity; to recognize a belief in

God; to promote the welfare and enhance the happiness of its members; to quicken the spirit of

American patriotism; to cultivate good fellowship; to perpetuate itself as a fraternal organization;

to serve people and communities through benevolent programs, and to provide for its

government…."

10.     Plaintiff Elks was formed in 1868 and began use of the name BENEVOLENT AND

PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA as a trademark

to identify its association and the charitable services its organization provides since at least as

early as 1868.

11.     Today, Plaintiff Elks is comprised of individual chapters known as "lodges" in

approximately 2,200 communities and claims over 975,000 members.

12.     Plaintiff Elks has filed for and obtained federal trademark rights in and to the trademark

ELKS for various services including "indicating membership in a philanthropic organization"

(U.S. Registration No. 1866105), and "encouragement and practice of charity, justice and

brotherly love through fellowship and for the undertaking of civic and humanitarian projects"

(U.S. Registration No. 0607423), both of which have achieved incontestability by virtue of the

length of their respective use and the appropriate filings with the United States Patent and

Trademark Office.  Attached hereto as <u>Exhibit 2</u> and incorporated herein by reference are certified copies of Plaintiff's trademark registrations discussed above.

13.     Through continuous and substantial national use for at least 140 years, Plaintiff Elks has accrued significant common law rights to the name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA.

14.     Through continuous and substantial national use for at least 140 years, Plaintiff Elks has accrued significant goodwill in the name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA.

15.     Through continuous and substantial national use for at least 140 years, Plaintiff Elks has achieved fame of its name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA.

16.     On information and belief, Defendant's officers, founders and owners are former members of Plaintiff Elks.

17.     On information and belief, at least two of Defendant's officers, founders and owners were expelled from Plaintiff Elks organization.

18.     Defendant Company has incorporated under the laws of the State of Hawaii using the name Benevolent and Protective Order of Elks of the United States of America.

19.     Defendant Company filed an Application for Registration, Renewal, or Cancellation of Foreign Corporation Name with the Illinois Secretary of State and holds itself out as "…a corporation in good standing incorporated in the State of Illinois…."

20.     Defendant Company's name is identical to Plaintiff Elk's famous trademark and name BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA.

4

21.    Defendant has used and continues to use Plaintiff's famous trademark and name to identify the "charitable, altruistic, benevolence and information technology" services Defendant purports to provide to members of the public.  One such example of this use is attached hereto as Exhibit 3 and incorporated herein by reference.

22.    Defendant has demanded that Plaintiff cease and desist from conducting business the BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA name and trademark that Plaintiff has used in connection with its services for at least 140 years.  See attached Exhibit 1.

23.    On information and belief, Defendant formed the Company and used Plaintiff's famous trademark and name with full knowledge and awareness of Plaintiff Elks use of and rights to ELKS and BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA and the goodwill and fame associated therewith.

### Count I
### (Trademark Infringement)

24.    Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-23.

25.    Plaintiff is the sole and exclusive owner of the name and trademark ELKS as a result of Plaintiff trademark Registrations Nos. 1866105, 0607423 and others for use in connection with philanthropic and charitable services.  Such registrations are *prima facie* evidence of Plaintiff's rights and such registrations have reached incontestable status.

26.    On or about January 1, 2008, Defendant began using the name BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA as a business name and trademark for identical services.

5

27.     Plaintiff has not provided authorization or granted permission of any type to Defendant to use Plaintiff's trademark ELKS.

28.     Defendant's use of the name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA is likely to cause confusion, mistake or to deceive as to the affiliation, connection or association with Plaintiff's mark ELKS due the longstanding notoriety of Plaintiff's mark ELKS.

29.     Defendant's use of Plaintiff's trademark ELKS without Plaintiff's permission constitutes trademark infringement in violation of 15 U.S.C. § 1114.

30.     Defendant's infringement has been and continues to be egregious, willful, intentional and in wanton disregard of Plaintiff's rights.

31.     Defendant's infringing acts have caused and continue to cause irreparable injury to Plaintiff's business and reputation.

## Count II
## (Trademark Dilution)

32.     Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-31.

33.     Defendant is using a name and trademark that is highly similar to Plaintiff's incontestable trademark ELKS.

34.     Plaintiff's trademark ELKS is inherently distinctive and readily identifies Plaintiff and the services that Plaintiff provides.

35.     Plaintiff's trademark ELKS has acquired additional distinctiveness through Plaintiff's long and prominent use.

36.     Plaintiff has engaged and continues to engage in substantially exclusive use of its trademark ELKS.

37.     Plaintiff's trademark ELKS is famous due to the duration, extent and geographical reach of Plaintiff's advertising and publicity.

38.     Plaintiff's trademark ELKS is well known and has a high degree of recognition amongst the public.

39.     Due to Defendant's prior relationship with Plaintiff, the only reasonable explanation for Defendant's adoption of a trademark that is highly similar to Plaintiff's trademark ELKS is Defendant's intent to create an association between Plaintiff and Defendant.

40.     Defendant's use of Plaintiff's famous trademark ELKS without Plaintiff's permission constitutes trademark dilution in violation of 15 U.S.C. § 1125(c).

41.     Defendant's dilution has been and continues to be egregious, willful, intentional, in wanton disregard and with full knowledge of Plaintiff's rights.

42.     Defendant's dilution of Plaintiff's trademark ELKS has caused and continues to cause irreparable injury to Plaintiff's business and reputation.

**Count III**
**(Trademark Infringement and Unfair Competition)**

43.     Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-42.

44.     Plaintiff is the sole and exclusive owner of the name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA as a result of Plaintiff's use of the name and trademark for its services in interstate commerce for 140 years.

45.     On or about January 1, 2008, Defendant began using the name BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA as a business name and trademark for identical services.

46.     Plaintiff has not provided authorization or granted permission of any type to Defendant to use its name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA.

47.     Defendant's use of the name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA is likely to cause confusion, mistake or to deceive as to the affiliation, connection or association with Plaintiff.

48.     Defendant's use of Plaintiff's name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA without Plaintiff's permission constitutes trademark infringement and unfair competition in violation of 15 U.S.C. § 1125(a).

49.     Defendant's infringement has been and continues to be egregious, willful, intentional and in wanton disregard of Plaintiff's rights.

50.     Defendant's infringing acts have caused and continue to cause irreparable injury to Plaintiff's business and reputation.

**Count IV**
**(Trademark Dilution)**

51.     Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-50.

52.     Defendant is using a name and trademark that is identical to Plaintiff's name and trademark, which Plaintiff has used for the last 140 years.

53.    Plaintiff's name and trademark is inherently distinctive and readily identifies Plaintiff and the services that Plaintiff provides.

54.    Plaintiff's name and trademark has acquired additional distinctiveness through Plaintiff's long and prominent use.

55.    Plaintiff has and continues to engage in substantially exclusive use of its name and trademark.

56.    Plaintiff's name and trademark is famous due to the duration, extent and geographical reach of Plaintiff's advertising and publicity.

57.    Plaintiff's name and trademark is well known and has a high degree of recognition amongst the public.

58.    Due to Defendant's prior relationship with Plaintiff and the identical nature of a lengthy name and trademark, the only reasonable explanation for Defendant's adoption of Plaintiff's name and trademark is Defendant's intent to create an association between Plaintiff and Defendant.

59.    Defendant's use of Plaintiff's famous name and trademark BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA without Plaintiff's permission constitutes trademark dilution in violation of 15 U.S.C. § 1125(c).

60.    Defendant's dilution has been and continues to be egregious, willful, intentional and in wanton disregard of Plaintiff's rights.

61.    Defendant's dilution of Plaintiff's name and trademark has caused and continues to cause irreparable injury to Plaintiff's business and reputation.

**Relief Sought**

WHEREFORE, Plaintiff asks that the Court:

62.    Grant a preliminary and permanent injunction restraining and enjoining Defendant from using BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA or any name and trademark similar thereto as provided under 15 U.S.C. § 1125(c).

63.    Award Plaintiff damages in the amount of Defendant's profits as provided under 15 U.S.C. § 1117(a).

64.    Award Plaintiff actual damages as provided under 15 U.S.C. § 1117(a).

65.    Assess Defendant the costs of the action as provided under 15 U.S.C. § 1117(a).

66.    Award Plaintiff trebling of its damages as provided under 15 U.S.C. § 1117(b).

67.    Award Plaintiff its reasonable attorneys' fees as provided under 15 U.S.C. § 1117(b).

68.    Order destruction of any and all of Defendant's fixed uses of Plaintiff's name and trademark as provided under 15 U.S.C. § 1118.

69.    Any and all further relief that the Court deems just and proper.

Dated:  April 17, 2008              Respectfully submitted,


                                    By: /s/*James R. Ferguson*

                                    James R. Ferguson
                                    Deborah Schavey Ruff
                                    Richard A. Assmus
                                    Michael D. Adams
                                    MAYER BROWN LLP
                                    71 South Wacker Drive
                                    Chicago, IL 60606
                                    (312) 782-0600

                                    Attorneys for Plaintiff
                                    BENEVOLENT AND PROTECTIVE ORDER OF ELKS
                                    OF THE UNITED STATES OF AMERICA

11

**EXHIBIT 1**

*Keith, For your Records AC*

### BENEVOLENT AND PROTECTIVE ORDER OF ELKS
### OF THE UNITED STATES OF AMERICA
P.O. Box 240538
Honolulu, Hawaii 96824

April 6, 2008

Jack Jensen, Elks Grand Secretary
2750 N. Lakeview Avenue
Chicago, IL 60616-1889

Re: Cease and desist corporate operations in the States of Illinois and Hawaii under the name "Benevolent and Protective Order of Elks of the United States of America".

Dear Sir,

This letter is to inform you that the "Benevolent and Protective Order of Elks of the United States of America" is a corporation in good standing incorporated in the State of Illinois pursuant to Section 4.25.

Further, the "Benevolent and Protective Order of Elks of the United States of America" is a corporation in good standing in the State of Hawaii.

Registered agents for both of the above mentioned corporations are Kam, Ozoa and Carvalho LLC, P.O. Box 240538, Honolulu, Hawaii 96824, at telephone number (808) 679-7898, or by e-mail at www. bpocusa.blogspot.com.

**This letter is instructing you and your organization(s) operating from your headquarters at 2750 N. Lakeview Avenue, Chicago, IL. 60616, or from any other locations in the States of Illinois or Hawaii to cease and desist from conducting business under the corporate name of "Benevolent and Protective Order of Elks of the United States of America".**

AFFIRMATION:
I swear, that this letter consisting of one (1) page is the truth, the whole truth and nothing but the truth under the penalties of perjury.

Dated : April 6, 2008 Honolulu, Hawaii

_____
Bryant Carvalho, Secretary
Benevolent and Protective Order of
    Elks of the United States of America
P.O. Box 24053
Honolulu, Hawaii 96824

**EXHIBIT 2**

7218335

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

March 17, 2008

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,866,105* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *December 06, 1994*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *December 06, 2004*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



Prior U.S. Cl.: 200

## United States Patent and Trademark Office

Reg. No. 1,866,105
Registered Dec. 6, 1994

### COLLECTIVE MEMBERSHIP
### PRINCIPAL REGISTER

## ELKS

BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA (D.C. NOT-FOR-PROFIT ORGANIZATION CORPORATION)
2750 NORTH LAKEVIEW AVENUE
CHICAGO, IL 606141889

FOR: INDICATING MEMBERSHIP IN A PHILANTHROPIC ORGANIZATION, IN CLASS 200 (U.S. CL. 200).

FIRST USE 4–1–1939; IN COMMERCE 4–1–1939.

OWNER OF U.S. REG. NOS. 607,757 AND 608,117.

SER. NO. 74–453,494, FILED 10–27–1993.

ESTHER A. BORSUK, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**March 17, 2008**

THE ATTACHED U.S. TRADEMARK REGISTRATION *607,423* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.


REGISTERED FOR A TERM OF *20* YEARS FROM   *June 14, 1955*
*3rd* RENEWAL FOR A TERM OF *10* YEARS FROM   *June 14, 2005*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*



By Authority of the

**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

**M. K.  CARTER**

**Certifying Officer**

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

Reg. No. 607,423
Registered June 14, 1955
Renewal Term Begins June 14, 1995

10 Year Renewal

## SERVICE MARK
## PRINCIPAL REGISTER



BENEVOLENT AND PROTECTIVE ORDER OF ELKSOF THE UNITED STATES OF AMERICA (D.C. CORPORATION)
2750 NORTH LAKEVIEW AVENUE
CHICAGO, IL 60614

OWNER OF U.S. REG. NO. 207,649.

FOR: ENCOURAGEMENT AND PRACTICE OF CHARITY, JUSTICE, FI-

DELITY, AND BROTHERLY LOVE THROUGH FELLOWSHIP AND FOR THE UNDERTAKING OF CIVIC AND HUMANITARIAN PROJECTS, IN CLASS 100 (INT. CL. 42).

FIRST USE 4-1-1939; IN COMMERCE 4-1-1939.

SER. NO. 71-665,397, FILED 4-29-1954.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 23, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**607,423**
Registered June 14, 1955

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 665,397, filed Apr. 29, 1954



Benevolent and Protective Order of Elks of the United
States of America (District of Columbia corporation)
360 N. Michigan Ave.
Chicago, Ill.

For: ENCOURAGEMENT AND PRACTICE OF
CHARITY, JUSTICE, FIDELITY, AND BROTHERLY
LOVE THROUGH FELLOWSHIP AND FOR THE
UNDERTAKING OF CIVIC AND HUMANITARIAN
PROJECTS, in CLASS 100.
First used Apr. 1, 1939, and in commerce Apr. 1,
1939.
Owner of Reg. No. 207,649.

**EXHIBIT 3**

SEARCH BLOG | FLAG BLOG | Next Blog»

Create Blog · Sign In

# *Benevolent and Protective Order of Elks of the United States of America*

**REGISTERED NOT FOR PROFIT CORPORATIONS IN HAWAII AND ILLINOIS. THIS ORGANIZATION IS NOT TAX EXEMPT UNDER IRC 501(C)OR IN ANY STATE WHEREIN IT IS REGISTERED.**

TUESDAY, APRIL 1, 2008

## Boycott China

We call upon he people of the world to boycott the Olympic Games to he held in China in the summer of 2008.

Civil rights violations and insensitivity to the people of Tibet being the root cause for the boycott.

**Stop all things that are Chinese**........

Secondarily, China is then cause of many of America's problems. Inflation and threats of economic destabilization and their war like attitude toward American's makes China an unfriendly place. China is also know for corruption and corrupt officials and human rights violations. They are also a communist nation...

Free Tibet...stop the importation of tainted Chinese products that kill American pets and contaminate our food and medical supplies.

Benevolent and Protective Order of Elks of the United States of America

POSTED BY OPEN FORUM AT 3:24 PM  0 COMMENTS  ✉

## It is getting hotter.

We feel the energy and the motivation is stronger than ever.

Soon!!!! Get a paper cup. No plastic bags. Turn of the TV set. Lights out....save the planet; save yourself.

BLOG ARCHIVE

▼ 2008 (26)

  ▼ April (2)

    Boycott China

    It is getting hotter.

  ► March (10)

  ► February (13)

  ► January (1)

Barracuda, my time is running out and the planet continues to warm and our efforts seem fruitless. To many possessions too little time. Tears for fears...welcome to your life; there is no turning back.

Turn your back on mother nature....bad move. Help me decide....everybody wants to rule the world. Lack of vision=blindness.

Welcome to your life............hahahahaha

Real estate down, oil up, gold up, foreclosures, and bankruptcy.

Regrets to the survivors.... Is it possible to make a sane man crazy?

POSTED BY OPEN FORUM AT 12:58 AM   0 COMMENTS   ✉

FRIDAY, MARCH 28, 2008

## They won't win.

Learn the feeling of liberation. You will not win...You will be exposed. You have diverted money and will be held responsible. You have violated your oath and fiduciary duties. You are about to step over the line....Don't do it. We are walking again...the drums beat and we feel the vibe building. Freedom brings a battle...you will not reach you goals. You can only lose.

What can you win....? Son, think about it.

We will circumnavigate this matter. Full circle my friends. Start at the beginning and end at the beginning. It is waiting to be found...and we will find it! The hero's will fall first.

Have you ever dreamed of a world where the sounds of hate does not rattle in your mind. Clean air, children play, sweet flowers...far away.

A special message to Keith:

Remember playing golf, when nobody hated you and three putting did not matter. Remember when you tasted pure water and had pure thoughts. It was not that long ago. Remember when you enjoyed a cup of coffee with a friend. Remember when you looked at your wife without bitterness and their was tenderness in your heart; and she was proud of you. It has been a while my friend but all within recent memory. Remember when you wore the turnout and the helmet and men

respected you and children wanted to be like you. It was just yesterday. What happened to you? Do you ever wonder; I often think about you. Truly, you are a shadow of the man that you once were. Your last, most important years, are wasting away.

By the grace of God, we have one more good fight left. Keith, come and join us in this fight. Do what is right. Then when we leave our families and friends for the last time we can take our dignity and honor with us. We have no fear and our minds are liberated. Friend, you associate with liars and low life characters that are unworthy of your kindness. You will never be happy...that makes me sad. I cannot tell you how badly I feel for you. I pray for you.

BC

POSTED BY OPEN FORUM AT 12:41 AM   0 COMMENTS   

WEDNESDAY, MARCH 26, 2008

## Support Earth Day.

Mayor Mufi Hannemann has requested that all citizens on the Island of Oahu turn off their lights, electrical devices, and computers on Friday, March 28, 2008 between the hours of 8:00 pm and 9:00 pm.

Do your part...make a difference by reducing green house gas emissions. Also, recycle you trash and eliminate the use of plastic bottles and soft drink containers.

Benevolent and Protective Order of Elks of the United States of America

POSTED BY OPEN FORUM AT 11:43 AM   0 COMMENTS   

FRIDAY, MARCH 21, 2008

## BPOEUSA SUPPORTS

THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA SUPPORT THE U.S. SENATORS LIEBERMAN-WARNER LEGISLATION TITLED "AMERICA'S CLIMATE SECURITY ACT".

THIS SENATE BILL WOULD PROTECT THE ENVIRONMENT AND HELP TO GROW THE ECONOMY AT THE SAME TIME.

BPOEUSA

POSTED BY OPEN FORUM AT 10:34 AM   0 COMMENTS   

WEDNESDAY, MARCH 19, 2008

## BEST WISHES.

The Benevolent and Protective Order of Elks of the United States of America wishes Mr. Douglas Ellis a speedy and complete recovery.

POSTED BY OPEN FORUM AT 2:15 PM   0 COMMENTS   ▶

SATURDAY, MARCH 15, 2008

## BPOEUSA PLANNING A FUND RAISER

THE BPOEUSA HAS NOTICED IN THE PACIFIC BUSINESS NEWS THAT DOUGLAS ELLIS IS UNDERGOING DIALYSIS TREATMENT.

THE ORGANIZATION IS CONSIDERING A FUND RAISER FOR MR. ELLIS.

BPOEUSA

POSTED BY OPEN FORUM AT 5:12 PM   0 COMMENTS   ▶

Older Posts

Subscribe to: Posts (Atom)