AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Benevolent and Protective Order of Elks of the
United States of America, District of Columbia
Corporation,

     Plaintiff

    V.

Benevolent and Protective Order of Elks of the
United States of America, Hawaiian Corporation

CASE NUMBER:  **08 C 1968**

ASSIGNED JUDGE:  Coar

DESIGNATED
MAGISTRATE JUDGE: Denlow


TO: (Name and address of Defendant)

Benevolent and Protective Order of Elks of the United States of America
c/o Kam, Ozoa and Carvalho LLC (Registered Agent)
252 Hakalau Street
Honolulu, Hawaii 96825


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Ferguson
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606


an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.


MICHAEL W. DOBBINS, CLERK

_J. Cervantes_             APR 1 7 2008
_____   _____
(By) DEPUTY CLERK             DATE

# *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No:   <u>08 C 1968</u>

Case Name:   <u>BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED</u>

<u>STATES OF AMERICA, DISTRICT OF COLUMBIA CORPORATION vs.</u>

<u>BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED</u>

<u>STATES OF AMERICA, HAWAIIAN CORPORATION</u>

<u>Krista Kelley</u>
<u>Civil Process Server</u>, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons & Complaint** to **Benevolent and Protective Order of Elks of the United States of America c/o Kam, Ozoa and Carvalho LLC** at **252 Hakalau Street, Honolulu, Hawaii 96825** resulting in: *Arthur R. Kam   4/23/08*

__X__   Corporate service to an officer or an authorized individual of the company executed on

the <u>23rd</u> day of <u>April</u>, 2008 at <u>1:45</u> P .M.

Name: <u>Arthur Kam</u>   Title: <u>Registered Agent</u>

_____   Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | <u>Male</u> | Hair Color/Style: | <u>Gray</u> |
| Race: | <u>Hawaiian</u> | Height (approx.): | <u>5'10"</u> |
| Age (approx.) | <u>60's</u> | Weight (approx.): | <u>175 lbs.</u> |

Notable Features/Notes: <u>Mustache</u>

Signed and Sworn to before me
This <u>23rd</u> day of <u>April</u>, 2008.

_____
Notary Public
My commission expires:   MAY 0 5 2011

Served By:

_____
<u>Civil Process Server</u>
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.