```
                                            FILED
Mayer and Brown LLP
Attn: Michael D. Adams                      MAY 19 2008  PH
71 South Wacker Drive                       MAY 19 2008
Chicago, Ill. 60606-4637                    MICHAEL W. DOBBINS
Attorney for Plaintiff                      CLERK, U.S. DISTRICT COURT


Benevolent and Protective
Order of Elks of the
United States of America
c/o P.O. Box 240538
Honolulu, HI 96824
Defendant
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

08 CV 1968

| | |
|---|---|
| Benevolent and Protective Order of Elks of the United States of America, District of Columbia corporation | ) Case Number 09-C-1968  08CV1968 <br> ) Judge : David Coar <br> ) Magistrate: Morton Denlow <br> ) |
| Plaintiff | ) |
| vs. | ) Reply to Summons, Attorneys <br> ) Fees <br> ) |
| Benevolent and Protective Order of Elks of the United States of America, Hawaii corporation | ) <br> ) <br> ) <br> ) |
| Defendant | ) |

### REPLY TO SUMMONS, ATTORNEY'S FEES

1. Defendant and Plaintiff have entered in an tentative agreement to settle this matter.

2. Plaintiff and Defendant will pay their own attorney's fee.

Dated: April 28, 2008
   Honolulu, Hawaii          Resepectfully submitted,

                             _____
                             Bryant Carvalho for BPOEUSA, Hawaii Corporation

P.O. Box 240538
Honolulu, Hawaii
96824

HONOLULU HI 968
13 MAY 2008 PM 4 T

Illinois Northern District Court
United States Court House 20th Floor
219 South Dearborn Street
Chicago, IL 60604

RECEIVED
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT