UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Benevolent and Protective Order of Elks of the United States of America

           Plaintiff,

v.

Benevolent and Protective Order of Elks of the United States of America

           Defendant.

Case No.: 1:08−cv−01968
Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable David H. Coar: The Rule 16(b) Scheduling conference set foer 6/23/2008 is stricken and no one should appear on 6/23/2008. Rule 16(b) Scheduling Conference reset for 7/29/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.