UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, a District of Colombia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, a Hawaii corporation,<br><br>    Defendant. | Case No.: 08 C 1968<br>Judge David Coar<br>Magistrate Judge Morton Denlow<br><br>JURY TRIAL DEMANDED |

## MOTION TO ENTER STIPULATED PERMANENT INJUNCTION

Plaintiff Benevolent and Protective Order of Elks of the United States of America ("Plaintiff"), by and through its attorneys, hereby moves that the Court enter the Stipulated Permanent Injunction attached hereto as <u>Exhibit A</u> (the "Injunction") against Defendant Benevolent and Protective Order of Elks of the United States of America. In support of this motion, Plaintiff states as follows:

1. On April 7, 2008, Plaintiff filed the above captioned complaint against Defendant Benevolent and Protective Order of Elks of the United States of America.

2. In its complaint, Plaintiff asserted claims of trademark infringement, trademark dilution and unfair competition based upon Defendant's use of Plaintiff's trademark and trade name BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA.

3. On April 23, 2008, service of the complaint, together with a properly issued summons, was effected on Defendant via hand delivery to Mr. Arthur Kam as registered agent for defendant.

4. Plaintiff and Defendant have successfully negotiated an amicable settlement of the claims asserted in the complaint.

5. As one obligation of settlement, Defendant has agreed that it immediately shall cease and forever desist use of the names BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, ELKS, BPOE, and/or any name containing a portion of the above.

6. In addition, Defendant has agreed to the entering of the Injunction as a permanent injunction restricting Defendant and Defendant's officer and directors, whether in their corporate or individual capacity, from use of the name, trade name, trademark, service mark, domain name, or other uses of BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, ELKS, BPOE, and/or any name containing any portion of the above.

7. A fully executed copy of the Injunction is attached hereto for entry by the Court.

WHEREFORE, Plaintiff, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and other applicable law, requests that this Court enter the Injunction against Defendant.

Respectfully submitted, this the 18th day of July, 2008.

By: /s/*James R. Ferguson*

James R. Ferguson
Deborah Schavey Ruff
Richard A. Assmus
Michael D. Adams
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Attorneys for Plaintiff
BENEVOLENT AND PROTECTIVE ORDER OF ELKS
OF THE UNITED STATES OF AMERICA

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, District of Columbia corporation,<br><br>Plaintiff,<br><br>v.<br><br>BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, Hawaiian Corporation,<br><br>Defendant. | Case No.: 08 C 1968<br>Judge David Coar<br>Magistrate Judge Morton Denlow<br><br>JURY TRIAL DEMANDED |

## STIPULATED PERMANENT INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and other applicable law, Plaintiff Benevolent and Protective Order of Elks of the United States of America ("Plaintiff") and Defendant Benevolent and Protective Order of Elks of the United States of America ("Defendant"), hereby stipulate to entry of a permanent injunction against the Defendant as follows:

Defendant, its respective officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with them who receive actual notice of this Injunction by personal service or otherwise, are individually and collectively hereby permanently enjoined and prohibited from directly or indirectly engaging in, committing, or performing any of the following acts: use of the name, trade name, trademark, service mark, domain name, or other uses of BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, ELKS, BPOE, and/or any name containing any portion of the above, in

6

commerce and/or in connection with any sales, marketing, advertising or promotion of goods and/or services in the United States. In addition to the restrictions set froth herein, both Plaintiff and Defendant agree and explicitly submit to the continued jurisdiction and venue of this Court to hear any grievance or complaint regarding a violation of this permanent injunction or the settlement agreement between the parties serving as the impetus for this permanent injunction.

**DEFENDANTS:**

| **BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA** | **MR. ARTHUR KAM** |
|---|---|
| By: _[signature]_ | By: _Arthur R. Kam_ |
| Its: _Secretary_ | Its: _____ |
| Dated: May 21, 2008. | Dated: May 21, 2008. |
| **MR. ZENEN OZOA** | **MR. BRYANT CARVALHO** |
| By: _[signature]_ | By: _[signature]_ |
| Its: _____ | Its: _____ |
| Dated: May 21, 2008. | Dated: May 21, 2008. |

**PLAINTIFF ELKS:**

**BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA**

By: _[signature]_

Its: _Grand Secretary_

Dated: May 17, 2008.

7

**SO ORDERED,** this the _____ day of _____, 2008.


_____
Honorable David Coar, Judge
United States District Court

## CERTIFICATE OF SERVICE

Michael D. Adams, an attorney, hereby certifies that on July 18, 2008, he caused a true and correct copy of the *Notice of Motion* and *Motion to Enter Stipulated Permanent Injunction* to be served via certified United States mail, postage pre-paid, upon the following:

Kam, Ozoa and Carvalho, LLC
252 Hakalau Street
Honolulu, Hawaii 96825

With an additional email and United States mail copy to:

Bryant Carvalho
Kam, Ozoa and Carvalho, LLC
P.O. Box 240538
Honolulu, Hawaii 96824
Email: keenerblue@yahoo.com


By: /s/*Michael D. Adams*