**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, a District of Colombia corporation, | ) ) ) ) | |
| Plaintiff, | ) | Case No. 08 C 1968 |
| | ) | |
| vs. | ) | Judge David Coar |
| | ) | |
| BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, a Hawaii corporation, | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF PLAINTIFF'S MOTION TO ENTER
STIPULATED PERMANENT INJUNCTION**

To:     Kam, Oza and Carvalho LLC
        252 Hakalau Street
        Honolulu, Hawaii 96825

PLEASE TAKE NOTICE that on Thursday, July 24, 2008, at 9:00 a.m., or as soon

thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge David Coar

in courtroom 1419,  United States District Court for the Northern District of Illinois,Eastern Division, in

the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, or before

any judge sitting in his place, and present **Plaintiff's Motion to Enter Stipulated Permanent**

**Injunction**, a copy of which has been served upon you.

Date:  July 18, 2008                    By:    s/James R. Ferguson_____
                                               James R. Ferguson
                                               Deborah Schavey Ruff
                                               Richard A Assmus
                                               Michael D. Adams
                                               MAYER BROWN LLP
                                               71 South Wacker Drive
                                               Chicago, Illinois  60606
                                               TEL:  (312) 782-0600
                                               FAX:  (312) 701-7711
                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Michael D. Adams, an attorney, hereby certifies that on July 18, 2008, he caused a true and correct copy of the *Notice of Motion* and *Motion to Enter Stipulated Permanent Injunction* to be served via certified United States mail, postage pre-paid, upon the following:

Kam, Ozoa and Carvalho, LLC
252 Hakalau Street
Honolulu, Hawaii 96825

With an additional email and United States mail copy to:

Bryant Carvalho
Kam, Ozoa and Carvalho, LLC
P.O. Box 240538
Honolulu, Hawaii 96824
Email: keenerblue@yahoo.com

By: /s/*Michael D. Adams*