UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Benevolent and Protective Order of Elks of the United
States of America

          Plaintiff,

v.

Case No.: 1:08−cv−01968

Honorable David H. Coar

Benevolent and Protective Order of Elks of the United
States of America

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

    MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiff Benevolent and Protective Order of Elks of the United States of America for permanent injunction [13] is reset to 7/29/2008 at 09:00 AM. Parties should not appear on 7/24/2008.Mialed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.