UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Benevolent and Protective Order of Elks of the United States of America

              Plaintiff,

v.

Benevolent and Protective Order of Elks of the United States of America

              Defendant.

Case No.: 1:08−cv−01968

Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable David H. Coar: Scheduling conference held on 7/29/2008; Motion hearing held on 7/29/2008 regarding motion for permanent injunction [13].MOTION by Plaintiff Benevolent and Protective Order of Elks of the United States of America for permanent injunction [13] is granted – parties to prepare and submit order for entry, upon entry of the order this action will be closed. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.