Order Form (01/2005)

*M HN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1968 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Benevolent & Protective Order of Elks vs. Benevolent & Protective Order of Elks of the USA | | |

**DOCKET ENTRY TEXT**

Enter Final Judgment and Order of Permanent Injunction.  Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | PAMF |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 31 PM 4:49
FILED