UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BENEVOLENT AND PROTECTIVE )
ORDER OF ELKS OF THE )
UNITED STATES OF AMERICA, )
District of Columbia corporation, )
)
)
Plaintiff, )
)
v. )   Case No.: 08-CV-1968
)   Judge David H. Coar
BENEVOLENT AND PROTECTIVE )   Magistrate Judge Morton Denlow
ORDER OF ELKS OF THE )
UNITED STATES OF AMERICA, )
Hawaiian Corporation, )
)
Defendant. )

**FINAL JUDGMENT AND ORDER OF PERMANENT INJUNCTION**

The above captioned action, as amended, was filed by Plaintiff Benevolent and Protective Order of Elks of the United States of America against Defendant Benevolent and Protective Order of Elks of the Untied States of America alleging Defendant's infringement and dilution of Plaintiff's trademarks BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA and ELKS (the "Litigation"). On April 23, 2008, service of the complaint, together with a properly issued summons, was timely served on Defendant by hand delivery to Mr. Arthur Kam as registered Agent for Defendant. The parties to the Litigation have negotiated in good faith and reached an amicable settlement of the Litigation whereby, as one obligation of settlement, Defendant its respective officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with them, whether in their corporate or individual capacity, agree to

cease and be permanently enjoined from using the trademarks BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, ELKS and BPOE or any name containing a portion of the above (the "Marks"). Accordingly, Plaintiff has submitted a Motion to Enter Stipulated Permanent Injunction requesting entry of a permanent injunction against Defendant as agreed between the parties.

Upon consideration of Plaintiff's Motion to Enter Stipulated Permanent Injunction against Defendant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. This Court is a proper venue to hear the subject matter of this action.

3. Defendant acknowledges that Plaintiff is the sole owner of all right title and interest, whether based on federal registration or common law, in and to the Marks.

4. Defendant acknowledges that the Marks are valid and enforceable.

5. Defendants acknowledges that the Marks are famous as a result of the actual recognition of the Marks amongst the general consuming public as well as the duration, extent and geographic reach of use, advertising and publicity of the Marks.

6. Defendant acknowledges that it infringed the Marks.

7. Defendant acknowledges that it diluted the Marks.

8. Judgment is entered for Plaintiff.

9. Plaintiff's Motion to Enter Stipulated Permanent Injunction against Defendant is granted.

10. Defendant, its respective officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with them who receive actual notice of this Injunction by personal service or otherwise, are individually and collectively hereby permanently enjoined and prohibited from directly or indirectly engaging in, committing, or performing any of the following acts: use of the name, trade name, trademark, service mark, domain name, or other uses of BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, ELKS, BPOE, and/or any name containing any portion of the above, in commerce and/or in connection with any sales, marketing, advertising or promotion of goods and/or services in the United States.

11. This Court shall have continuing personal jurisdiction, subject matter jurisdiction and venue to hear any grievance or complaint regarding a violation of the permanent injunction or the settlement agreement between the parties relating to this matter.

12. Each party shall bear its own costs and attorney fees.

13. This is a final order disposing of all claims in this action and parties.

SO ORDERED, this the 31st day of July, 2008.

_____
Honorable David H. Coar Judge,
United States District Court

## CERTIFICATE OF SERVICE

Michael D. Adams, an attorney, hereby certifies that on July 30, 2008, he caused a true and correct copy of the *Final Judgment and Order of Permanent Injunction* to be served via certified United States mail, postage pre-paid, upon the following:

Kam, Ozoa and Carvalho, LLC
252 Hakalau Street
Honolulu, Hawaii 96825

Arthur R. Kam
252 Hakalau Place
Honolulu, Hawaii 96825

Bryant Carvalho
1100 Mokuhano Street
Honolulu, Hawaii 96825

Zenen Ozoa
4300 Waialae Avenue #1202B
Honolulu, Hawaii 96816

With an additional copy via email and certified United States mail, postage pre-paid, to:

Bryant Carvalho
Kam, Ozoa and Carvalho, LLC
P.O. Box 240538
Honolulu, Hawaii 96824
Email: keenerblue@yahoo.com


By: /s/*Michael D. Adams*